05-893

# Prior Month -- Individual Statement

Date Printed: 12/21/2005                                      Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $1.28 |
|---|---|---|---|---|---|---|
| 00214419 | FRANKLIN | JOHN | M | | | |
| Current Location: | MULTI SEC ISL 2 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | NONE | 6/1/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $41.28 |
| Commissary | | 6/3/2005 | ($28.85) | $0.00 | $0.00 | $0.00 | $12.43 |
| Copies | | 6/13/2005 | $0.00 | $0.00 | ($5.25) | $0.00 | $12.43 |
| Postage | | 6/13/2005 | $0.00 | $0.00 | ($0.63) | $0.00 | $12.43 |
| Postage | | 6/13/2005 | $0.00 | $0.00 | ($0.63) | $0.00 | $12.43 |
| Mail MO | FLORENCE FRANKLI | 6/14/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $32.43 |
| Copies | | 6/16/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $32.43 |
| Postage | | 6/16/2005 | $0.00 | $0.00 | ($1.14) | $0.00 | $32.43 |
| Commissary | | 6/17/2005 | ($22.18) | $0.00 | $0.00 | $0.00 | $10.25 |
| Copies | | 6/28/2005 | ($5.25) | $0.00 | $0.00 | $0.00 | $5.00 |
| Postage | | 6/28/2005 | ($0.63) | $0.00 | $0.00 | $0.00 | $4.37 |
| Postage | | 6/28/2005 | ($0.63) | $0.00 | $0.00 | $0.00 | $3.74 |
| Copies | | 6/28/2005 | ($0.25) | $0.00 | $0.00 | $0.00 | $3.49 |
| Postage | | 6/28/2005 | ($1.14) | $0.00 | $0.00 | $0.00 | $2.35 |
| | | | | | Ending Mth Balance: | | $2.35 |



FILED
DEC 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# Prior Month -- Individual Statement

Date Printed: 12/21/2005                                                                 Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $2.35 |
|---|---|---|---|---|---|---|
| 00214419 | FRANKLIN | JOHN | M | | | |
| Current Location: | MULTI SEC ISL 2 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 7/8/2005 | ($2.26) | $0.00 | $0.00 | $0.00 | $0.09 |
| Visit MO | NONE | 7/13/2005 | $35.00 | $0.00 | $0.00 | $0.00 | $35.09 |
| Visit MO | IRIS HENRY | 7/13/2005 | $250.00 | $0.00 | $0.00 | $0.00 | $285.09 |
| Commissary | | 7/15/2005 | ($35.32) | $0.00 | $0.00 | $0.00 | $249.77 |
| Copies | | 7/25/2005 | $0.00 | $0.00 | ($16.25) | $0.00 | $249.77 |
| Copies | | 7/27/2005 | $0.00 | $0.00 | ($3.25) | $0.00 | $249.77 |
| Copies | | 7/27/2005 | ($16.25) | $0.00 | $0.00 | $0.00 | $233.52 |
| Copies | | 7/27/2005 | ($3.25) | $0.00 | $0.00 | $0.00 | $230.27 |
| | | | | | **Ending Mth Balance:** | | **$230.27** |

# Prior Month -- Individual Statement

Date Printed: 12/21/2005

Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $230.27 |
|---|---|---|---|---|---|---|
| 00214419 | FRANKLIN | JOHN | M | | | |
| Current Location: | MULTI SEC ISL 2 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | SHELLY TALMO | 8/1/2005 | ($50.00) | $0.00 | $0.00 | $0.00 | $180.27 |
| Commissary | | 8/5/2005 | ($54.96) | $0.00 | $0.00 | $0.00 | $125.31 |
| Commissary | | 8/12/2005 | ($27.85) | $0.00 | $0.00 | $0.00 | $97.46 |
| Commissary | | 8/19/2005 | ($23.19) | $0.00 | $0.00 | $0.00 | $74.27 |
| Copies | | 8/24/2005 | $0.00 | $0.00 | ($10.50) | $0.00 | $74.27 |
| Postage | | 8/24/2005 | $0.00 | $0.00 | ($2.06) | $0.00 | $74.27 |
| Commissary | | 8/26/2005 | ($24.24) | $0.00 | $0.00 | $0.00 | $50.03 |
| Copies | | 8/29/2005 | ($10.50) | $0.00 | $0.00 | $0.00 | $39.53 |
| Postage | | 8/29/2005 | ($2.06) | $0.00 | $0.00 | $0.00 | $37.47 |
| | | | | | Ending Mth Balance: | | $37.47 |

# Prior Month -- Individual Statement

Date Printed: 12/21/2005                                       Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $37.47 |
|---|---|---|---|---|---|---|
| 00214419 | FRANKLIN | JOHN | M | | | |
| **Current Location:** | MULTI SEC ISL 2 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Medical | | 9/7/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $37.47 |
| Medical | | 9/7/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $33.47 |
| Commissary | | 9/16/2005 | ($30.83) | $0.00 | $0.00 | $0.00 | $2.64 |
| Visit MO | NONE | 9/26/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $42.64 |
| | | | | | | **Ending Mth Balance:** | **$42.64** |

# Prior Month -- Individual Statement

Date Printed: 12/21/2005                                                                 Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $42.64 |
|---|---|---|---|---|---|---|
| 00214419 | FRANKLIN | JOHN | M | | | |
| Current Location: | MULTI SEC ISL 2 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 10/6/2005 | ($40.18) | $0.00 | $0.00 | $0.00 | $2.46 |
| Commissary | | 10/20/2005 | ($2.08) | $0.00 | $0.00 | $0.00 | $0.38 |
| | | | | | | Ending Mth Balance: | $0.38 |

# Prior Month -- Individual Statement

Date Printed: 12/21/2005 — Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.38 |
|---|---|---|---|---|---|---|
| 00214419 | FRANKLIN | JOHN | M | | | |
| Current Location: | MULTI SEC ISL 2 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | NONE | 11/7/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $30.38 |
| Commissary | | 11/10/2005 | ($28.58) | $0.00 | $0.00 | $0.00 | $1.80 |
| | | | | | | Ending Mth Balance: | $1.80 |