**ORIGINAL**

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

05-893

# United States District Court

District: Of Delaware;

Name: John Franklin. M

Prisoner No. 214419

Case No.

Place of Confinement: Sussex Correctional Institution, Georgetown, De, 19947

Name of Petitioner (include name under which convicted): John M. Franklin

v.

Name of Respondent (authorized person having custody of petitioner): Rich Kearney

FILED DEC 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The Attorney General of the State of: Carl Danberg    Delaware in Sussex County

## PETITION

1. Name and location of court which entered the judgment of conviction under attack: Superior Court of the State of Delaware in and for Sussex County;

2. Date of judgment of conviction: February, 25, 2004

3. Length of sentence: A total of one hunderd twenty-five (125) years;

4. Nature of offense involved (all counts): (5) Five counts of First degree rape; (1) one count of Terroristic Threatening; And (1) one count of endangering The welfare of a child;

5. What was your plea? (Check one)
   (a) Not guilty   ☒
   (b) Guilty       ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury        ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __Delaware Supreme Court;__

   (b) Result __Del. Supr. Affirmed Conviction__

   (c) Date of result and citation, if known __Mar. 2, 2005. Franklin v. State, No. 106, 2004 (Holland, J.)__

   (d) Grounds raised __Trial Court error of law; Failed to issue a Sua Sponte order; failed to instruction jury on lesser crimes of Rape Second;__

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

     (1) Name of court __(None)__

     (2) Result _____

     (3) Date of result and citation, if known _____

     (4) Grounds raised _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

     (1) Name of court _____

     (2) Result _____

     (3) Date of result and citation, if known _____

     (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court __Superior Court, Sussex County;__

     (2) Nature of proceeding __Post Conviction Relief Rule 61.__

     (3) Grounds raised __Ineffective Assistance of Trial Counsel; Counsel failed to make any effort to produce --__

(3)

AO 241 (Rev. 5/85)

_mitigating evidence before Sentencing;_
_Counsel failed to file a pretrial motion to Recusal_
_Trial Judge from the Trial;_

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐  No ☒

    (5) Result _Denied Post-Conviction motion;_

    (6) Date of result _November 29, 2005._

  (b) As to any second petition, application or motion give the same information:

    (1) Name of court _____

    (2) Nature of proceeding _____

    (3) Grounds raised _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐  No ☐

    (5) Result _____

    (6) Date of result _____

  (c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes ☒  No ☐
    (2) Second petition, etc.  Yes ☐  No ☐

  (d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Trial Court Committed Error of law when it failed to iss a sua sponte order to disallow certain improper expert

Supporting FACTS (state *briefly* without citing cases or law) Opinion testimony which invaded the province of the Jury on ultimate issues in the case and undermined the fairness of Trial;

B. Ground two: Violation of Due Process;

Supporting FACTS (state *briefly* without citing cases or law): The admission of his prior "bad acts" into evidence and the Jury instruction was insufficient to limit of that evidence;

(5)

AO 241 (Rev. 5/85)

C. Ground three: Due Process Rights were Violated;

Supporting FACTS (state *briefly* without citing cases or law): When Prosecutor's questions elicited evidence which injected a racial element into the trial;

D. Ground four _____

Supporting FACTS (state *briefly* without citing cases or law): _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☒  No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing   Do not know Public defender Counsel's name;

    (b) At arraignment and plea   Public defender's office;

(6)

AO 241 (Rev. 5/85)

(c) At trial  MS. CAROL DUNN, ESQ. Public Defender, (I.D. 4045)

(d) At sentencing  MS. DUNN;

(e) On appeal  MS. DUNN;

(f) In any post-conviction proceeding  Pro Se;

(g) On appeal from any adverse ruling in a post-conviction proceeding  Pro Se;

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☐  No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐  No ☒
(a) If so, give name and location of court which imposed sentence to be served in the future: _____

(b) Give date and length of the above sentence: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐  No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

12-23-05
(date)

John M Franklin
Signature of Petitioner

(7)

I/M: John Franklin BLDG. MSB Islands
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

SBI 214419

U.S.M.S.
X-RAY

J. Caleb Boggs Federal Building
Lock Box 18
844 King Street
Wilmington DE
19801

1705 U.S. POST
7929 $01.
6463