IN The United States District Court
For The District of Delaware


John Frauklin.                          | CIV.A. No. 1:05.893(G.m.S.)
        Petitioner,
Rich V. Kearney. et. Al                 |
        Respondent.



To the Hon. Gregory M. Sleet
    U. S. District Court
    844 King Street
    Wilm, DE. 19801


            Motion For Permission To tolls
            2244(d)(2) And 2244(d)(1)
    _____

Comes Now, Petitioner John Frauklin, Applis
For permission to tolls 2244(d)(2) And 2244(d)(1)
And Submitts the Following IN Support thereof:
The Petitioner, John Frauklin, was found guilty by
A Delaware Superior Court jury of February 25.
2004.

1

Of Five counts of Rape First degree, Upon his
Wife; one count of terroristic threatening
And one count of endangering the welfare
of a child.

Franklin, through counsel, File A timely Notice
Of Appeal. Delaware Superme court Affirmed
the conviction And Sentence on Direct Appeal.
(Attached As Exhibit "A") Franklin v. State No. 106, 2004
(Del. mar. 2. 2005) Soon thereafter, Franklin Acted pro'se,
Moved For Post conviction Relief In September 05.
Which the Superior court dismissed In An 9-page
Opinion on November 29. 2005. State v. Franklin,
order At 1 (Del. Super. Nov. 29. 05) However, At this
point, Franklin is litigating the denial of his
post conviction From Superior court to Superme
court, He is exhausting All his Remedies
In State court (Attached is Exhibit "B-1" And "B-2")
Superme court ordering briefing on Jan. 30. 2006

2

Franklin File a petition for Federal Habeas
relief dated: January 4, 2006. In the model & 2254
form. The petition should be timely under
the one-year limitation period of Revised 28 U.S.
2244(d)(1) Because Franklin's petition was
Filed in Jan. 2006. It is subject to the terms
of the Antiterrorism and Effective Death penalty
Act of 1996 (A.E.D.P.A).

The limitation period in Franklin's case began to
run on April 2, 2005 when the time expired
for Seeking Review by the United States
Supreme Court, determing Franklin's Direct Appeal.
However, Franklin never Seek Review from U.S. Supr. ct.

The tolling mechanism of § 2244 (d)(a) Should be
available to Franklin's case, tolls the one-year
period of § 2244(d)(1) during the time that a
properly Filed State Postconviction petition is pending

3

Petitioner Franklin Request this Hon. court to
apply tolling 2244(d)(a) and 2244(d)(1) until
his ■ pending litigation is final in Delaware
Superme court.

Date: Jan. 10 2006

Respectfully
Submitted
John Franklin
Johns Franklin
S.C.I.
GeorgeTown, DE,
19947

4

## CERTIFICATE OF SERVICE

I, _John M Franklin_, hereby certify that I have served a true and correct copy of the attached _Motion for Permission to Tolls_ upon the following person/s below:

**NAME**                **STREET**                **CITY/STATE/ZIP**

Office of Clerk
United States District Court
844 N. King Street Lock box 18
Wilmington, Delaware 19801-3570

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at Sussex Correctional Institution, P.O. Box 500, Georgetown, Delaware 19947.

This _10_ day of _Jan_, _06_.

John M Franklin

John M Franklin

I/M: John Franklin BLDG. M.S.B IS/6n82
SUSSEX CORRECTIONAL INSTITUTION    SBI 2/4419
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of the Clerk
United States District Court
844 N King Street Lockbox 18
Wilmington, Delaware
19801-3570