Exhibit "B-1"

## SUPREME COURT OF DELAWARE

CATHY L. HOWARD
*Clerk*

AUDREY F. BACINO
*Assistant Clerk*
DEBORAH L. WEBB
*Chief Deputy Clerk*
LISA A. SEMANS
*Senior Court Clerk*
DEBRA J. ZATLOKOVICZ
*Senior Court Clerk*

December 14, 2005

#4
SUPREME COURT BUILDING
55 THE GREEN
DOVER, DE 19901

P.O. BOX 476
DOVER, DE 19903

(302) 739-4155
(302) 739-4156
(302) 739-8091

Mr. John Franklin
SBI #00214419
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Kim E. Ayvazian, Esquire
Department of Justice
114 East Market Street, Suite 201
Georgetown, DE 19947

RE: *John M. Franklin v. State,* No. 622, 2005

Dear Mr. Franklin and Counselors:

A notice of appeal was filed in the above-captioned matter on December 14, 2005. Pursuant to Supreme Court Rule 15(a)(i), the appellant's opening brief and appendix are due on or before **January 30, 2006**. The appellee's answering brief is due 30 days after service of the appellant's opening brief and appendix. The appellant's reply brief, if any, is due 15 days after service of appellee's answering brief.*

Very truly yours,

*[signature]*

/eas

---

* In the event a cross-appeal is filed, appellant's reply brief and answering brief on cross-appeal will be due 30 days after service of appellee's answering brief and opening brief on cross-appeal; appellee's reply on cross-appeal, if any, will be due 10 days from service of such reply brief. Supr. Ct. R. 15(a)(iv), (v).