IN THE SUPREME COURT OF THE STATE OF DELAWARE

622 , 2005

*Exhibit "B-2"*

PRO SE
(SCI - #00214419)

JOHN M. FRANKLIN,
   Defendant Below,
   Appellant,
v.

K. E. AYVAZIAN

STATE OF DELAWARE,
   Plaintiff Below,
   Appellee.

DF $ 00.00

2005

| # | Date | Entry |
|---|------|-------|
| 1 | Dec 14 | Notice of appeal from the Order dated 11/29/05, in the Superior Court, in and for Sussex County, by Judge Stokes, in Cr.ID No. 0304010407C, with designation of no transcript. (no service shown-copy sent) (eas) |
| 2 | Dec 14 | Motion to proceed in forma pauperis by appellant. (no service shown-copy sent) (eas) |
| 3 | Dec 14 | Order dated 12/14/05 by Clerk, appellant's motion to proceed in forma pauperis is GRANTED, limited only to waiver of docketing fee. (eas) |
| 4 | Dec 14 | Brief schedule issued. (opening brief due 1/30/06) (eas) |
| 5 | Dec 14 | Letter dated 12/14/05 from Senior Court Clerk to Prothonotary, record is due to be filed by 1/6/06. (eas) |