IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOHN M. FRANKLIN,                )
                                 )
            Petitioner,          )
                                 )
v.                               )    Civil Action No. 05-893-GMS
                                 )
RICHARD KEARNEY,                 )
Warden, and CARL C.              )
DANBERG, Attorney                )
General of the State of          )
Delaware,                        )
                                 )
            Respondents.         )

**AEDPA ELECTION FORM**

FILED
FEB -9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1. _____   I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. ✗   I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____   I wish to withdraw my § 2254 petition

        without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See <u>Swartz v. Meyers</u>, 204 F.3d 417 (3d Cir. 2000).

4. _____  I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

*John M. Franklin*
Petitioner

February 7 - 2006

## CERTIFICATE OF SERVICE

I, _John M Franklin_, hereby certify that I have served a true and correct copy of the attached _AEDPA ELECTION FORM_ upon the following person/s below:

| NAME | STREET | CITY/STATE/ZIP |
|---|---|---|

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington Delaware 19801-3570

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at Sussex Correctional Institution, P.O. Box 500, Georgetown, Delaware 19947.

This _7_ day of _February_, _06_.

_John M Franklin_



I/M: John Franklin BLDG: MSB Tier B
SUSSEX CORRECTIONAL INSTITUTION SBI 214419
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of the Clerk
United States District Court    U.S.M.S.
844 N. King Street Lockbox 18  X-RAY
Wilmington Delaware
19801-3570