IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN M. FRANKLIN, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civ. A. No. 05-893-GMS ) |
| RICHARD KEARNEY, Warden, and CARL C. DANBERG, Attorney General of the State of Delaware, | ) ) ) ) ) |
| Respondents. | ) |

### ORDER

At Wilmington this 30th day of March, 2006;

IT IS ORDERED that:

1. Petitioner John M. Franklin's motion to proceed *in forma pauperis* is GRANTED. (D.I. 1)

2. Franklin's *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is DISMISSED WITHOUT PREJUDICE for failure to exhaust state remedies. (D.I. 2) A district court judge may summarily dismiss a habeas petition "if it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief." Rule 4, 28 U.S.C. foll. § 2254. A petitioner is not entitled to federal habeas relief unless he has exhausted state remedies for his habeas claims. 28 U.S.C. § 2254(b)(1)(A). Franklin filed his habeas petition on December 28, 2005, and the court issued an order notifying Franklin that the terms of the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), 28 U.S.C. §

2244, apply to his petition. (D.I. 3) On January 12, 2006, Franklin filed a motion to toll the statute of limitations because he is presently exhausting his state remedies by appealing the Superior Court's denial of his motion for post-conviction relief filed pursuant to Delaware Superior Court Criminal Rule 61. (D.I. 4) Franklin also submitted a copy of a letter from the Delaware Supreme Court confirming that he filed a notice of appeal on December 14, 2005. Therefore, it plainly appears that Franklin is not entitled to federal habeas relief because he has not yet exhausted state remedies.

3. Franklin's motion for permission to toll § 2244(d)(1) and (2) is DENIED as moot.

4. The court declines to issue a certificate of appealability. *See* 28 U.S.C. § 2253(c)(2); *United States v. Eyer*, 113 F.3d 470 (3d Cir. 1997); 3rd Cir. Local Appellate Rule 22.2 (2000).

5. The clerk of the court is directed to mail a copy of this order to Franklin.

UNITED STATES DISTRICT JUDGE